IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

| | |
|---|---|
| Courtroom Deputy:  Deborah Hansen | Date:  December 3, 2014 |
| Court Reporter:     Gwen Daniel | Probation: Nicole Peterson |
| | Interpreter: Susana Cahill |

_____

Criminal Case No. 14-cr-00244-WJM          <u>Counsel:</u>

UNITED STATES OF AMERICA,                  David Tonini

    Plaintiff,

v.

1.    RANDY ALMEIDA MARTINEZ,        Timothy O'Hara

    Defendant.

_____

## COURTROOM MINUTES
_____

HEARING - SENTENCING

02:05 p.m.     Court in Session

Appearances

Defendant is present and in custody.

Oath administered to the Interpreter.

Oath administered to the defendant.

Sentencing Statement by Mr. Tonini

Sentencing Statement by Mr. O'Hara

The parties have reached an agreement with regard to the defendant's objections to

1

paragraph 21 and 22 of the Presentence Investigation Report. The defendant withdraws those objections.

Discussion concerning restitution

The Government as of right now does not have a final number of people who may claim restitution or a final amount that they may claim.

**ORDERED:** **Based on the parties' stipulation, the Defendant's Motion for a Variant Sentence [93] is GRANTED.**

**ORDERED:** **The Defendant's Unopposed Motion for One-Level Downward Variance [94] is GRANTED.**

**ORDERED:** **The Government's Motion to Grant the Defendant Almeida Martinez An Additional One-Level Decrease Pursuant to U.S.S.G § 3E1.1(b) [84] is GRANTED.**

**ORDERED:** **The Government's Motion to Dismiss Counts 2 and 4 at the Sentencing Hearing for Defendant Randy Almeida Martinez [82] is GRANTED.  Counts 2 and 4 of the Indictment are dismissed as to Defendant Randy Almeida Martinez only.**

Court's comments

The parties agree to waive a recitation by the Court into the record of the defendant's history and characteristics and the nature and circumstances of the offense.

Discussion

Defendant's Allocution

> Defendant plead guilty to Count One of the Indictment and admitted to the forfeiture allegation on Sept. 29, 2014.

**ORDERED:** **Pursuant to the Sentencing Reform Act of 1984, it is the judgment of this Court that the defendant, Randy Almeida Martinez, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of nine months.**

**ORDERED:** **Upon release from imprisonment defendant is placed on supervised release for a term of three years.**

**Within 72 hours of release from the custody of the Bureau of Prisons the defendant must report in person to the probation office in the district to which defendant is released.**

**While on supervised release the defendant shall not commit another federal, state or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and defendant shall comply with the standard conditions adopted by this Court.**

**The defendant shall not unlawfully possess and shall refrain from unlawfully using a controlled substance.**

**The mandatory drug testing provision of 18 U.S.C. § 3583(d) is waived because the Presentence Investigation Report indicates a low risk of future substance abuse by the defendant.**

**The defendant shall cooperate in the collection of DNA as directed by the probation officer.**

**ORDERED:   Special Conditions of Supervised Release:**

    **1.   If the defendant is deported, he shall not thereafter re-enter the United States illegally. If the defendant re-enters the United States legally, he shall report to the nearest United States Probation Office within 72 hours of his return to this country.**

    **2.   It is a condition of Supervision that the defendant pay the Restitution amount in accordance with the Schedule of Payments sheet set forth in the Court's Final judgment.**

    **3.   All employment for the defendant shall be approved in advance by the Supervising Probation Officer.**

**ORDERED:   Pursuant to 18, U.S.C. § 3664(d)(5) this sentencing hearing is CONTINUED to the 4th of February, 2015 at 2:30 p.m., the same date and time as the co-defendant's sentencing hearing.**

**The parties are strongly encouraged to see if they can enter into a stipulation as to the identity, number of victims and amounts payable to such victims; and file such stipulation on or before January 21, 2015.**

**If such stipulation is filed, the Probation Office shall prepare an Amended Presentence Investigation Report that includes the identity**

>**of those victims and the amounts owed to them.**
>
>**If restitution has been stipulated to, Defendant Almeida Martinez' appearance is waived for the continuance of this sentencing hearing on February 4th. If there has not been a stipulation on restitution, then his participation by telephone will be required.**

Mr. O'Hara will contact the courtroom deputy a couple days before the hearing, if the defendant is going to be appearing by phone, to make the logistical arrangements.

**ORDERED:   The Special Assessment fee of $100.00 is imposed, due and payable immediately.**

**ORDERED:   Thirty days after entry of judgment any unpaid restitution shall be paid in monthly installment payments of not less than 10 percent of the defendant's gross household monthly income. Within 60 days of entry of final judgment the defendant shall discuss with the probation officer the development of a Plan for the payment of the unpaid portion of the financial obligations under the Court's judgment. The Plan will be based on the defendant's income and expenses and the Plan will be forwarded to the Court for review and approval.**

**ORDERED:   The Defendant has no ability to pay a fine, and the fine is waived.**

**ORDERED:   Interest on the Restitution amount is WAIVED.**

**ORDERED:   Pursuant to Rule 32.2 of the Fed. Rules of Crim. P. and the defendant's admission to the Forfeiture Allegation in the Indictment, the defendant shall forfeit to the United States any and all property, real or personal, derived from proceeds from the instant offense and as stipulated to in the Plea Agreement.**

The defendant is advised of his right to appeal the sentence imposed and in very limited circumstances his conviction by guilty plea.

**ORDERED:   Defendant is REMANDED to the custody of the U.S. Marshal.**

02:35 p.m.    Court in Recess
              Hearing continued
              Time: 30 minutes