PROB 22
(D\CO 01/03)

**TRANSFER OF JURISDICTION**
15-20028-TP-Ungaro/Otazo-Reyes

Mar 23, 2015

FILED BY __TB__
Deputy Clerk

Mar 23, 2015

STEVEN M. LARIMORE
CLERK U.S. DISTRICT CT.
S.D. OF FLA. Miami, Florida

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT<br>District of Colorado | DIVISION | |
|---|---|---|---|
| RANDY ALMEIDA MARTINEZ | NAME OF SENTENCING JUDGE<br>William J. Martinez | | |
| | DATES OF PROBATION/<br>SUPERVISED RELEASE: | FROM<br>12/17/14 | TO<br>12/16/17 |

**OFFENSE**
Conspiracy to Commit Identification Document Fraud, Access Device Fraud, and Wire Fraud, and Aiding and Abetting - 18 U.S.C. §§ 371 and 2

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE District of Colorado

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Southern District of Florida upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

11 March 2015
Date

United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Southern District of Florida

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised release be accepted and assumed by this Court from and after the entry of this order.

March 17, 2015
Effective Date

United States District Judge

1 of 32